# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Graham, James L. | U.S. District Court, SD/OH | 07/18/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

349 Joseph P. Keinnery U.S. CH
85 Marconi Blvd.
Columbus, OH 43215

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L.. | 07/18/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 07/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 07/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Partnership-Farm Land-Franklin Co. Ohio | A | Rent | L | R | Sold (part) | 05/21/18 | L | F | Roy & Ruth Hoffman |
| 2. Huntington National-Checking and Savings | A | Interest | L | T | | | | | |
| 3. Gold & Silver Coins | | None | J | T | | | | | |
| 4. Charles Schwab Money Market Account | A | Interest | J | T | | | | | |
| 5. Middletown OH RFDG/IMPR 3.75%Due 12/01/19 | A | Interest | K | T | | | | | |
| 6. OH ST Inft/Impr 3.25% DUE 08/01/20 | B | Interest | L | T | | | | | |
| 7. Wells Fargo Bank Sweep Account | A | Interest | J | T | | | | | |
| 8. Charles Schwab Bank | A | Interest | J | T | | | | | |
| 9. Charles Schwab & Co.-IRA-See Part VIII | | | | | | | | | |
| 10. Charles Schwab Bank | E | Distribution | N | T | | | | | |
| 11. SPDR Gold Shares ETF | | None | | | Sold | 06/15/18 | M | A | |
| 12. 20,000 SHS Theratechnologies Therf | | None | M | T | | | | | |
| 13. BMO Harris Bank CD due 10/12/18 | B | Interest | | | Matured | 10/12/18 | M | | |
| 14. Safra National Bank CD Due 08/18/18 | B | Interest | | | Matured | 10/18/18 | M | | |
| 15. Eaton Vance NAT ltd Mat-Muni inc A (Y) (Y) | | | | | | | | | |
| 16. American FD Income FD (y) | | | | | | | | | |
| 17. Charles Schwab IRA | D | Distribution | L | T | Open | 01/05/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L.. | 07/18/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ally Bank-Checking | A | Interest | L | T | | | | | |
| 19. Ally Bank - Savings | D | Interest | N | T | | | | | |
| 20. Ally Bank - CD | C | Interest | | | Distributed | 12/24/18 | N | | |
| 21. 14,000 SHS Theratechnologies Therf | | None | L | T | | | | | |
| 22. Synchrony Bank - CD | D | Interest | | | Expired | 01/29/18 | O | | |
| 23. Synchrony Bank - Savings | C | Interest | M | T | | | | | |
| 24. Citi Group BD Due 04/27/18 | A | Interest | | | Matured | 04/27/18 | L | | |
| 25. Bank of America BD Due 05/12/18 | B | Interest | | | Matured | 05/12/18 | M | | |
| 26. AT&T Inc BD Due 11/27/18 | B | Interest | | | Matured | 11/27/18 | L | | |
| 27. General Motors Finance BD Due 01/15/19 | A | Interest | K | T | | | | | |
| 28. Marathon Oil Corp BD Due 06/01/20 | B | Interest | K | T | | | | | |
| 29. Ford Motor Credit Bd Due 06/20/20 | B | Interest | K | T | | | | | |
| 30. Stongsville OH BD Due 12/01/18 | B | Interest | | | Matured | 12/01/18 | K | A | |
| 31. Barclay's Bank Note Due 06/20/19 | B | Interest | M | T | | | | | |
| 32. Morgan Stanley Private Bank CD Due 08/07/18 | D | Interest | | | Matured | 08/07/18 | N | | |
| 33. Ford Motor Credit Bd Due 12/01/21 | B | Interest | M | T | Buy | 12/06/18 | M | | |
| 34. CreditAqricale CIB 3% Bd Due 09/28/20 | A | Interest | K | T | Buy | 09/26/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 07/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Barclay's Bank PLC 3.25% BD Due 07/20/21 | A | Interest | K | T | Buy | 07/17/18 | K | | |
| 36. Dublin OH BD 2.5% Due 12/01/21 | A | Interest | M | T | Buy | 12/06/18 | M | | |
| 37. 33,000 SHS Theratechnologies Therf | | None | M | T | Buy | 06/15/18 | M | | |
| 38. Synchrony Bank - CD 2.616% Due 10/06/19 | B | Interest | N | T | Buy | 09/06/18 | N | | |
| 39. Synchrony Bank - CD 1.931% Due 02/26/19 | C | Interest | N | T | Buy | 10/26/18 | N | | |
| 40. Synchrony Bank - CD 2.713% Due 01/29/20 | B | Interest | N | T | Buy | 10/30/18 | O | | |
| 41. Ally Bank - CD Due 2.03% Due 02/26/19 | | None | M | T | Buy | 12/21/18 | M | | |
| 42. Ally Bank CD 2.42% Due 08/13/19 | | None | N | T | Buy | 12/21/18 | N | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 07/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 1, Line 1 -The date of purchase was April 2, 2002. The actual cost was $75,291.90.

Part VII, Page 1, Line 9 - This is a Header account for the items in lines 10,11,12,13,14 and 15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James L. Graham**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544